■ In the Matter of ANNA R. LEWIS, Respondent, v LYDIA HUMMEL, Appellant, et al., Respondent. [884 NYS2d 861]—Judgment, Supreme Court, New York County (Edward H. Lehner, J.), entered August 28, 2009, unanimously reversed, on the law and the facts, without costs, and petitioner's motion to validate the petition denied.

Supreme Court abused its discretion in rejecting the credibility determinations of the Special Referee. Furthermore, there was insufficient evidence of record to validate the 39 "D'Ornellas" signatures. Concur—Gonzalez, P.J., Andrias, Catterson, Acosta and Renwick, JJ.